## RYALS *v.* ATLANTIC LIFE INSURANCE COMPANY.

GILBERT, Justice. This case came before this court on a direct bill of exceptions complaining of the striking of the defendant's answer. That is the sole exception. "No cause shall be carried to the Supreme Court or Court of Appeals upon any bill of exceptions while the same is pending in the court below, unless the decision or judgment complained of, if it had been rendered as claimed by the plaintiff in error, would have been a final disposition of the cause or final as to some material party thereto." Code of 1933, § 6-701; *Bozeman* v. *Ward-Truitt Co.,* 141 *Ga.* 45 (80 S. E. 320); *Turner* v. *Camp,* 110 *Ga.* 631 (2) (36 S. E. 76); *Harvey* v. *Bowles,* 112 *Ga.* 421 (37 S. E. 364); *Berryman* v. *Haden,* 112 *Ga.* 752 (38 S. E. 53); *Fugazzi* v. *Tomlinson,* 119 *Ga.* 622 (46 S. E. 831); *Battle* v. *Hambrick,* 142 *Ga.* 807 (83 S. E. 937); *Vanzant* v. *First National Bank,* 164 *Ga.* 772 (139 S. E. 537); *Jackson* v. *Fite,* 165 *Ga.* 382 (140 S. E. 754); *Irby* v. *Irby,* 167 *Ga.* 708, 710 (146 S. E. 489).

*Writ of error dismissed. All the Justices concur.*

### ON MOTION FOR REHEARING.

Direction is given that the official copy of the bill of exceptions of file in the office of the clerk of the trial court shall operate as exceptions pendente lite.

No. 10972. FEBRUARY 19, 1936. ON REHEARING, MARCH 14, 1936.

844

*W. T. Burkhalter,* for plaintiff in error.
*George H. Harris,* contra.